No. 01–1840. DELTA FAMILY-CARE DISABILITY AND SURVIVORSHIP PLAN v. REGULA. C. A. 9th Cir. Motions of Bert Bell/ Pete Rozelle NFL Player Retirement Plan and ERISA Industry Committee for leave to file briefs as *amici curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Black & Decker Disability Plan* v. *Nord*, 538 U. S. 822 (2003).

No. 02–9867. MOORE v. PLASTER ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–9969. TILLI v. SMITH. Super. Ct. Pa. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.